UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAD WALLIN-REED, | No. 2:17-cv-1495 GEB CKD P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. After this court ordered respondent to file an answer, petitioner filed a motion for a stay and abeyance pending the state court exhaustion of his ineffective assistance of counsel claims. ECF No. 7. Respondent has filed an opposition to the motion and has requested that the court vacate the currently pending briefing schedule pending disposition of the motion for a stay and abeyance. ECF No. 12 at 2.

Accordingly, IT IS HEREBY ORDERED that:

1. The schedule previously set for respondent's answer to the petition and any reply by petitioner is hereby vacated; and,
2. A new briefing schedule will be set upon disposition of petitioner's motion for a stay and abeyance.

////

1

Dated: December 19, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/wall1495.vacatebriefs.docx