UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CHAD WALLIN-REED,<br><br>Petitioner,<br><br>v.<br><br>ERIC ARNOLD,<br><br>Respondent. | No. 2:17-cv-1495-TLN-CKD<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 4, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondent has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 4, 2018, are ADOPTED in full;

2. Petitioner's motion for a stay and abeyance of his federal habeas corpus petition is GRANTED;

3. Petitioner is ordered to file a status report with this Court every ninety (90) days until such time as the California Supreme Court issues a decision with respect to Petitioner's ineffective assistance of counsel claims;

4. Once the California Supreme Court renders a decision, Petitioner is ordered to file a "Notice of Exhaustion" with this Court within twenty-one (21) days of the date of the opinion.

Dated: September 20, 2018

Troy L. Nunley
United States District Judge